THEODORE LaCROIX *v.* BOARD OF EDUCATION OF
THE CITY OF BRIDGEPORT

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 36, is granted.

*Gregory B. Nokes,* in support of the petition.

*Robert J. Malone,* in opposition.

Decided July 11, 1984

HARTFORD ACCIDENT AND INDEMNITY COMPANY *v.*
CONNECTICUT BANK AND TRUST COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 110, is denied.

*William G. Speed IV,* in support of the petition.

*Bruce G. MacDermid,* in opposition.

Decided July 11, 1984

MICHAEL J. IAMARTINO ET AL. *v.*
LAWRENCE J. AVALLONE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 2 Conn. App. 119, is denied.

*Lorraine W. Osborne,* in support of the petition.

*Jack D. Garamella,* in opposition.

Decided July 17, 1984

JOAN VAIUSO *v.* JOSEPH VAIUSO

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 141, is dismissed unless the defendant, on or before August 9, 1984, pays the record fee required under Practice Book § 3139.

*Randall B. Chapnick,* in support of the petition.

Decided July 26, 1984